

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ALBERTO CORONA-VIDAL,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-163M (Dft #3)<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _April 7_____, _2011_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __APR - 5 2011__          /s/ MARC L. GOLDMAN

U.S. ~~District Judge~~/Magistrate Judge